UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX LUNA,

                              Plaintiff,

        v.

MARQUIS REALTY, LLC, SAM DAVID and
LAZER KVIAT A/K/A ABRAHAM LAZER KVIAT,

                              Defendants.
------------------------------------------------------------X

**Motion to Substitute Party**
**FRCP 25(a)**

**Docket No. 19-cv-01709**

## SUGGESTION OF DEATH UPON THE RECORD and
## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1)

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Felix Luna, plaintiff in this action.

Felix Luna passed away on May 20, 2019. His Death Certificate is attached as Exhibit A. On October 9, 2019, Mr. Luna's son, Felix M. Luna, was appointed administrator of the estate of Felix Luna, as evidenced by the Letter of Administration attached as Exhibit B. Felix M. Luna only first received correct copies of the Letters of Administration in early November.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that "Felix M. Luna, Administratror of the Estate of Felix Luna, Deceased" be substituted in place of "Felix Luna" as plaintiff in this action, so that decedent's claims survive, and the action on his behalf may proceed.

We have conferred with Defendants' Counsel, and Defendants take no position concerning the relief requested herein.

Dated: New York, New York
November 20, 2019

Respectfully submitted,

By: */s/ Meredith R. Miller*

Meredith R. Miller
Miller Law, PLLC
167 Madison Avenue, Suite 503
New York, New York 10016
(347) 878-2587

Rapaport Law Firm, PLLC
One Penn Plaza
Suite 2430
New York, New York 10119
(212) 382-1600

*Attorneys for Plaintiff*

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 17, 2019

# VITAL RECORDS CERTIFICATE

**THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
May 24, 2019 01:29 PM

## CERTIFICATE OF DEATH

Certificate No. 156-19-021643

**1. DECEDENT'S LEGAL NAME:** FELIX LUNA (First, Middle, Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: Bronx
- 2c. Type of Place: 4 ☒ Nursing Home/Long Term Care Facility
- 2d. Any Hospice care in last 30 days: 2 ☒ No
- 2e. Name of hospital or other facility: Workmen's Circle Nursing Home

**Date and Time of Death:** May 20, 2019, 5:38 AM
**4. Sex:** Male
**5. Date last attended by a Physician:** 05-17-2019

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

**Name of Physician:** SANDRA PASCAL
**Signature:** Sandra Pascal (Signature Electronically Authenticated)
**Address:** 3155 Grace Ave Bronx, NY 10469
**License No.:** 244492
**Date:** MAY-20-2019

**7a. Usual Residence State:** New York
**7b. County:** Bronx
**7c. City or Town:** Bronx
**7d. Street and Number:** 1210 Stratford Ave, Apt 1A
**ZIP Code:** 10472
**7e. Inside City Limits?** ☒ Yes

**8. Date of Birth:** July 01, 1949
**9. Age at last birthday:** 69
**10. Social Security No.:** 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

**11a. Usual Occupation:** Superintendent
**11b. Kind of business or industry:** Superintendent Services
**12. Aliases or AKAs:** *** ***

**13. Birthplace:** Dominican Republic
**14. Education:** 3 ☒ High school graduate or GED

**15. Ever in U.S. Armed Forces?** 2 ☒ No
**16. Marital/Partnership Status at time of death:** 5 ☒ Never Married
**17. Surviving Spouse's/Partner's Name:** *** ***

**18. Father's Name:** Marino Luna
**19. Mother's Maiden Name:** Ana Mercedes Disla

**20a. Informant's Name:** Angela Castro
**20b. Relationship to Decedent:** Cousin
**20c. Address:** 1936 Noble Ave Bronx, NY 10472

**21a. Method of Disposition:** 2 ☒ Cremation
**21b. Place of Disposition:** Rosemount Crematory
**21c. Location of Disposition:** Elizabeth, New Jersey
**21d. Date of Disposition:** 05-24-2019

**22a. Funeral Establishment:** R.G. Ortiz Funeral Home, Inc. (Westchester Av)
**22b. Address:** 2121 Westchester Ave Bronx, NY 10462

*Gretchen Van Wye*
Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

*Steven P. Schwartz*
Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code.




FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 84467

# Surrogate's Court of the State of New York
## Bronx County
### Certificate of Appointment of Administrator

File #: 2019-2143

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | |
|---|---|
| Name of Decedent: | **Felix Luna** |
| Domicile: | **Bronx NY** |
| Fiduciary Appointed: | **Felix M Luna** |
| Mailing Address: | 7447 Nicklin Street<br>Las Vegas NV 89143 |

Date of Death: **May 20, 2019**

Type of Letters Issued: **LIMITED LETTERS OF ADMINISTRATION**

Letters Issued On: **October 9, 2019**

Limitations: These letters authorize the collection of a total of $-0-. The collection in excess of that amount must be authorized by a further order of the Surrogate

These Letters are issued with the limited and restricted powers as specified in SCPA SEC. 702 (1)

IT IS FURTHER ORDERED that Felix Luna in both his/her individual and fiduciary capacity, as well a any attorney who represents him/her in either capacity, shall not permit the collection or receipt of tl proceeds from any action instituted or settled pursuant to the authority granted by these letters with the further order of this court or a court of competent jurisdiction pursuant to EPTL Sec. 5-4.6.

and such Letters are unrevoked and in full force as of this date.

Dated: October 30, 2019

IN TESTIMONY WHEREOF, I have hereunto set m hand and affixed the seal of the Bronx County Surrogate's Court at Bronx, New York.

WITNESS, Hon. Nelida Malave-Gonzalez, Judge of Bronx County Surrogate's Court.

*Elix R. Madera-Fliegelman*

Elix Madera-Fliegelman, Deputy Chief Clerl
Bronx County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Bronx County Surrogate's Court*